FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-2980
_____

KENNETH REED,

    Appellant,

v.

JULIE FINE,

    Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Susanne Wilson Bullard, Judge.

September 26, 2025


PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kenneth Reed, pro se, Appellant.

William D. Palmer and Shannon McLin of Florida Appeals, Orlando, for Appellee.